B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of Texas

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Tank 1 Services, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br> (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br> (if more than one, state all) <br> **20-2503205** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br> (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **14633 South Padre Island Dr.** <br> **Suite 105** <br> **Corpus Christi, TX**     ZIP Code **78418** | Street Address of Joint Debtor (No. and Street, City, and State): <br><br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Nueces** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br><br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br><br> ZIP Code |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | **Bowie, Montague County, Texas** <br> **Stanton, Martin County, Texas** <br> **Runge, Karnes County, Texas** |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tank 1 Services, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)    (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)           Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Tank 1 Services, LLC** |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Nathaniel Peter Holzer**
Signature of Attorney for Debtor(s)

**Nathaniel Peter Holzer State Bar No. 00793971**
Printed Name of Attorney for Debtor(s)

**Jordan, Hyden, Womble, Culbreth & Holzer, PC**
Firm Name

**500 North Shoreline Blvd.**
**Suite 900**
**Corpus Christi, TX 78401**

Address

**Email: pholzer@jhwclaw.com**
**361.884.5678  Fax: 361.888.5555**
Telephone Number

**June 21, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Christopher S. Edmonds**
Signature of Authorized Individual

**Christopher S. Edmonds**
Printed Name of Authorized Individual

**Chief Restructuring Officer**
Title of Authorized Individual

**June 21, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Texas

In re    **Tank 1 Services, LLC**      Case No.
                                    Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Brammer Pipe & Steel, Inc.**<br>**P.O. Box 213**<br>**Forestburg, TX 76239** | **Brammer Pipe & Steel, Inc.**<br>**P.O. Box 213**<br>**Forestburg, TX 76239** | **Unpaid rent for Stanton yard.** | | **10,000.00** |
| **Charles K. Malik d/b/a**<br>**NAPA Auto Parts & Supply**<br>**103 E. Calvert**<br>**Karnes City, TX 78118** | **Charles K. Malik d/b/a**<br>**NAPA Auto Parts & Supply**<br>**103 E. Calvert**<br>**Karnes City, TX 78118**<br>**830.780.2666** | **Trade vendor** | | **11,193.74** |
| **Chase Visa**<br>**Cardmember Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | **Chase Visa**<br>**Cardmember Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | **Credit Card Purchases, Finance & Other Charges** | | **47,145.00** |
| **DK Rig Movers**<br>**8700 Crown Hill Blvd., Suite 100**<br>**San Antonio, TX 78209** | **DK Rig Movers**<br>**8700 Crown Hill Blvd., Suite 100**<br>**San Antonio, TX 78209** | **Trade vendor** | | **9,140.00** |
| **Dragon Products, Ltd.**<br>**P.O. Box 3127**<br>**Beaumont, TX 77704-3127** | **Dianne Alldffer**<br>**Dragon Products, Ltd.**<br>**P.O. Box 3127**<br>**Beaumont, TX 77704-3127**<br>**817.783.5530** | **Judgment against Debtor entered 2/12/15; Dragon Products, Ltd. v. Tank 1 Services, LLC; Cause No. 2014DCV-37444-A; 28th District Ct, Nueces Co, TX** | | **951,625.03** |
| **Dynamic Oilfield Services**<br>**P.O. Box 181137**<br>**Corpus Christi, TX 78480-1137** | **Scott J. Duncan, General Counsel**<br>**Dynamic Oilfield Services**<br>**P.O. Box 181137**<br>**Corpus Christi, TX 78480-1137**<br>**361.760.1101** | **Trade vendor** | | **66,303.13** |
| **Green Energy Oilfield Services**<br>**P.O. Box 927**<br>**Fairfield, TX 75840** | **Maryann Green**<br>**Green Energy Oilfield Services**<br>**P.O. Box 927**<br>**Fairfield, TX 75840**<br>**903.389.0110** | **Trade vendor** | | **12,833.97** |

B4 (Official Form 4) (12/07) - Cont.

In re **Tank 1 Services, LLC**                                                                                      Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **HATEC International Inc.**<br>P.O. Box 539<br>Sutherland Springs, TX 78161 | **Amanda**<br>HATEC International Inc.<br>P.O. Box 539<br>Sutherland Springs, TX 78161<br>713.466.6673 | **Trade vendor** | | **9,650.90** |
| **HM Express**<br>6591 FM 2622<br>Ponder, TX 76259 | **Houston Logan**<br>HM Express<br>6591 FM 2622<br>Ponder, TX 76259<br>940.765.2880 | **Trade vendor** | | **19,754.90** |
| **Industrial Outfitters Inc.**<br>P.O. Box 6838<br>Abilene, TX 79608 | **Todd Woods**<br>Industrial Outfitters Inc.<br>P.O. Box 6838<br>Abilene, TX 79608<br>325.676.5950 | **Trade vendor** | | **21,898.03** |
| **Knox Oil Field & Supply, Inc.**<br>P.O. Box 60065<br>San Angelo, TX 76906 | **Dave Klows**<br>Knox Oil Field & Supply, Inc.<br>P.O. Box 60065<br>San Angelo, TX 76906<br>361.275.8260 | **Judgment dated 2/24/15 in Knox Oil Field Supply, Inc. v. Tank 1 Services, Inc.; Cause No. 14C527-L; In the County Court at Law, Tom Green County, TX** | | **24,047.74** |
| **NES Rentals**<br>8420 Byrn Mawr, Suite 310<br>Chicago, IL 60631 | **Paula Austin**<br>NES Rentals<br>8420 Bryn Mawr, Suite 310<br>Chicago, IL 60631<br>773.695.2754 | **Trade vendor** | | **38,209.38** |
| **Polystar Inc.**<br>1676 Commerce Drive<br>Stow, OH 44224 | **Brandon Kissinger**<br>Polystar Inc.<br>1676 Commerce Drive<br>Stow, OH 44224<br>234.678.9020 | **Trade vendor** | | **53,075.00** |
| **Rig Site Rentals**<br>P.O. Box 11330<br>Spring, TX 77014 | **Lance Smith**<br>Rig Site Rentals<br>P.O. Box 11330<br>Spring, TX 77014<br>713.501.6689 | **Trade vendor** | | **137,938.00** |
| **RPW Rentals**<br>P.O. Box 4624<br>Victoria, TX 77903 | **Aaron Phillips**<br>RPW Rentals<br>P.O. Box 4624<br>Victoria, TX 77903<br>361.237.7469 | **Trade vendor** | | **41,434.66** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Tank 1 Services, LLC**  
          Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Southern Tire Mart LLC<br>3187 Texas 101<br>Bridgeport, TX 76426 | Yvette Espericueta<br>Southern Tire Mart LLC<br>3187 Texas 101<br>Bridgeport, TX 76426<br>361.241.1300 | Trade vendor | | 44,120.15 |
| Tervita LLC<br>363 North Sam Houston Parkway East<br>Suite 330<br>Houston, TX 77080 | Penny Holkins<br>Tervita LLC<br>363 North Sam Houston Parkway East<br>Suite 330<br>Houston, TX 77080<br>903.234.2179 | Trade vendor | | 35,890.01 |
| Texas Champion Bank<br>Attn: Travis Burris<br>P.O. Box 270550<br>Corpus Christi, TX 78427 | Travis Burris<br>Texas Champion Bank<br>P.O. Box 270550<br>Corpus Christi, TX 78427 | All personal property of the Debtor | | 2,911,153.00<br><br>(2,900,000.00 secured) |
| Wights Collision Repairs<br>235 N. Port Ave.<br>Corpus Christi, TX 78408 | George G. Villalon<br>Wights Collision Repairs<br>235 N. Port Ave.<br>Corpus Christi, TX 78408<br>361.882.2623 | Trade vendor | | 10,123.55 |
| Williams Scotsmans<br>P.O. Box 91975<br>Chicago, IL 60693 | Williams Scotsmans<br>P.O. Box 91975<br>Chicago, IL 60693<br>210.651.6776 | Trade vendor | | 26,336.05 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 21, 2015**          Signature  **/s/ Christopher S. Edmonds**  
                                             **Christopher S. Edmonds**  
                                             **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Texas

In re   **Tank 1 Services, LLC**  
Debtor(s)

Case No.  
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 21, 2015**

**/s/ Christopher S. Edmonds**  
**Christopher S. Edmonds**/**Chief Restructuring Officer**  
Signer/Title

```
Acme Truck Line, Inc.
MSC-410683
P.O. Box 415000
Nashville, TN 37241


AEC Drilling Fluids
11767 Katy Freeway
Suite 230
Houston, TX 77079


Albert Clark
900 Hulme St.
Bowie, TX 76230


Ally
Payment Processing Center
P.O. Box 78234
Phoenix, AZ 85062-8234


American Disposal Services, Ltd.
330 Main St., Ste. 3
Sealy, TX 77474


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197


Bailey, Lynette
1809 Emmaus
Corpus Christi, TX 78418


Brammer Pipe & Steel, Inc.
P.O. Box 213
Forestburg, TX 76239
```

C-Arrow Water Sales
P.O. Box 12793
San Antonio, TX 78212


Charles K. Malik d/b/a
NAPA Auto Parts & Supply
103 E. Calvert
Karnes City, TX 78118


Chase Visa
Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014


David Wayne Bailey
1809 Emmaus
Corpus Christi, TX 78418


Demand Safety, Inc.
1505 University Blvd. NE
Albuquerque, NM 87102


DK Rig Movers
8700 Crown Hill Blvd., Suite 100
San Antonio, TX 78209


Dragon Products, Ltd.
P.O. Box 3127
Beaumont, TX 77704-3127


Dynamic Oilfield Services
P.O. Box 181137
Corpus Christi, TX 78480-1137

```
Enterprise Rent-A-Car
P.O. Box 842442
Dallas, TX 75284



First Insurance Funding Corp.
P.O. Box 66468
Chicago, IL 60666-0468



Fleet Pride
P.O. Box 847118
Dallas, TX 75284-7118



G Steven White MD, P.A. d/b/a
Seguin Orthopedics
280 S. King St.
Seguin, TX 78155



Green Energy Oilfield Services
P.O. Box 927
Fairfield, TX 75840



Greg Underwood
607-B Lindsay St.
Bowie, TX 76230



HATEC International Inc.
P.O. Box 539
Sutherland Springs, TX 78161



HI-LINE Electric
P.O. Box 972081
Dallas, TX 75397
```

```
HM Express
6591 FM 2622
Ponder, TX 76259



Hotsy Equipment Co.
10205 N. Walton Walker Blvd.
Dallas, TX 75220



Industrial Outfitters Inc.
P.O. Box 6838
Abilene, TX 79608



Internal Revenue Service
Centralized Insolvency Operations
P.O. Box  7346
Philadelphia, PA 19101-7346



Jennifer L. House
Bingham, Mann & House
4500 Yoakum Blvd.
Houston, TX 77006



John Seth Bullard
Orgain Bell & Tucker LLP
P.O. Box 1751
Beaumont, TX 77704-1751



John T. Banks
Perdue, Brandon, Fielder, Collins & Mott
3301 Northland Drive, Suite 505
Austin, TX 78731



Karnes County Appraisal District
915 S. Panna Maria Ave.
Karnes City, TX 78118-4105
```

Kevin Limerick
Internal Revenue Service
555 N. Carancahua, Suite 110
Corpus Christi, TX 78401


Key Energy Services
P.O. Box 201858
Dallas, TX 75320-1858


Knox Oil Field & Supply, Inc.
P.O. Box 60065
San Angelo, TX 76906


Lars Selsteadt Potter
13741 Cayo Cantiles Ct.
Corpus Christi, TX 78418


Lynette Ann Bailey
1809 Emmaus
Corpus Christi, TX 78418


Montague County Tax Office
Sydney Nowell
P.O. Box 8
Montague, TX 76251


Montague County Tax Office
Kim Haralson
P.O. Box 121
Montague, TX 76251


NAC Services LLC
12555 S. Hwy 181
Kenedy, TX 78119

```
NES Rentals
8420 Byrn Mawr, Suite 310
Chicago, IL 60631



Paul D. Stipanovic
Gossett, Harrison, Millican & Stipanovic
P.O. Drawer 911
San Angelo, TX 76902



Penn Thomas
14633 South Padre Island Drive
Corpus Christi, TX 78418



Personnel Concepts
P.O. Box 5750
Carol Stream, IL 60197



Petro Waste Environmental
153 Treeline Park, Suite 100
San Antonio, TX 78209



Polystar Inc.
1676 Commerce Drive
Stow, OH 44224



Potter, Lars
13741 Cayo Cantiles
Corpus Christi, TX 78418



Ransleben, Senterfit, Sedwick & Co.
771 N. Carancahua, Suite 1400
Corpus Christi, TX 78401
```

Rental Xpress LLC
P.O. Box 181140
Corpus Christi, TX 78480



Rig Site Rentals
P.O. Box 11330
Spring, TX 77014



RPW Rentals
P.O. Box 4624
Victoria, TX 77903



SGRC Insurance Services, Inc.
Attn: Stacy Jacobs
P.O. Box 81240
Corpus Christi, TX 78468



Southern Tire Mart LLC
3187 Texas 101
Bridgeport, TX 76426



Sprint Energy Services, LP
P.O. Box 732192
Dallas, TX 75373



Sprint Waste Services, LP
P.O. Box 4890 Dept. 101
Houston, TX 77210-4890



Stark Transportation
P.O. Box 504
Magnolia, TX 77353

```
Startex Gasoline & Oil Distributors, Inc
5412 Leopard Street
Corpus Christi, TX 78408



Tervita LLC
363 North Sam Houston Parkway East
Suite 330
Houston, TX 77080



Texas Champion Bank
Attn: Travis Burris
P.O. Box 270550
Corpus Christi, TX 78427



Texas Comptroller of Public Accounts
Revenue Accounting/Bankruptcy Section
P.O. Box 13528
Austin, TX 78711



Texas Workforce Commission
Bankruptcy Unit, Room 556
101 E. 15th Street
Austin, TX 78778-0001



United States Trustee
606 North Carancahua, Suite 1107
Corpus Christi, TX 78401



Wells Fargo Financial Leasing
P.O. Box 10306
Des Moines, IA 50306



Wights Collision Repairs
235 N. Port Ave.
Corpus Christi, TX 78408
```

```
Williams Scotsmans
P.O. Box 91975
Chicago, IL 60693
```